**FILED**

MAR -2 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-585-RLH (PAL) |
| ) | |
| JORGE MONTES, ) | |
| a.k.a. Jaime, a.k.a. Camotes, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on October 21, 2011, that JORGE MONTES, a.k.a. Jaime, a.k.a. Camotes, shall pay a criminal forfeiture money judgment of $9,400.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Section 853(a)(1). Docket #78, #79, #80.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JORGE MONTES, a.k.a. Jaime, a.k.a. Camotes, a criminal forfeiture money judgment in the amount of $9,400.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 21, United States Code, Section 853(a)(1).

DATED this _2_ day of _March_, 2012.

_____
UNITED STATES DISTRICT JUDGE